**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES ALEJANDRO FERNANDEZ BARRIOS,<br>Petitioner,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. EDCV 26-0733 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) the petition for writ of habeas corpus is GRANTED;

(2) Respondent is ORDERED to immediately release Petitioner **Andres Alejandro Fernandez Barrios, A Number: 220-662-068** from custody; and

(3) Respondent is ORDERED to file a notice of compliance within seven days of the date of this Order confirming Petitioner's release.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondent.

DATED: November 4, 2026

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE