JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES ALEJANDRO FERNANDEZ BARRIOS,<br>Petitioner,<br>v.<br>DEPARMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. EDCV 26-0733 ODW (PVC)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

DATED: November 4, 2026

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE